## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: November 14, 2011 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Susan Heckman | |
| Interpreter: | Rose Yan | |

Criminal Action No. 10-cr-00530-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| MING YIN DENG, | Jeralyn Merritt |
| Defendant. | |

## SENTENCING MINUTES
___

**1:40 p.m.**      **Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on August 15, 2011. Defendant pled guilty to Count 1 of the Information.** The Government orally moves to dismiss the forfeiture charge against this defendant.

**ORDER:**    The Government's oral motion to dismiss the forfeiture charge against this defendant is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) **(Doc. #134).** Argument.

Allocution. - Statements made by: Defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #134)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER:** Defendant's passport will be retained by the Clerk of the Court pending completion of the supervised release term.

The defendant is advised of her right to appeal.

**ORDER:** Bond is exonerated.

**2:12 p.m.** **Court in recess.**

Total Time: 32 minutes.
Hearing concluded.