**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date:  May 18, 2012
Court Reporter:        Paul Zuckerman
Probation Officer:     Susan Heckman
Interpreter:             Rose Yan

Criminal Action No. 10-cr-00530-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,              Guy Till

       Plaintiff,

v.

WU MEI MO,                                         Scott Reisch

       Defendant.

---

## SENTENCING MINUTES

---

**10:22 a.m.      Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on September 13, 2011.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #146)**. Argument.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) **(Doc. #148).**  Argument.

Allocution. - Statements made by:  The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**    The Government's Motion for Downward Departure **(Doc. #146) is GRANTED.**

**ORDER:**    Defendant's Motion for Non-Guideline Sentence **(Doc. #148)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of  her right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**ORDER:**    Bond is exonerated.

**10:42 a.m.**    **Court in recess.**

Total Time:    20 minutes.
Hearing concluded.